**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br><br>David Ramsey,<br><br>              Debtor | Chapter 13<br><br>Bankruptcy No. 20-14815-amc |

**Withdrawal of Appearance**

To the Clerk of Court:

    Please withdraw my appearance as counsel for the Debtor in this matter.

Date:  November 12, 2024
                                      JENSEN BAGNATO, P.C.
                                      Outgoing Counsel for Debtors

                                      By: /s/ Erik B. Jensen
                                          Erik B. Jensen, Esquire
                                          Attorney ID #40330
                                          1500 Walnut Street, Suite 1510
                                          Philadelphia, PA 19102
                                          215-546-4700
                                          erik@jensenbagnatolaw.com

**Entry of Appearance**

To the Clerk of Court:

    Please enter my appearance as counsel for the Debtors in this matter.

Date:  November 12, 2024
                                        CIBIK LAW, P.C.
                                        Counsel for Debtors

                                        By: /s/ Michael A. Cibik
                                          Michael A. Cibik, Esquire
                                          Attorney ID #23110
                                          1500 Walnut Street, Suite 900
                                          Philadelphia, PA 19102
                                          215-735-1060
                                          cibik@cibiklaw.com