UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | DAVID RAMSEY | CASE NO: | 20-14815 |
| | | CHAPTER: | 13 |

Debtor (s)

# NOTICE OF SATISFACTION OF PROOF OF CLAIM NUMBER 4

As to Claim 4-1 filed on 06/01/2021 by Jeffrey Carbino, the previous counsel for Debtor David Ramsey, the Debtor's current counsel Michael A. Cibik files this notice that, with the Trustee having distributed $57,232.01 to Creditor Wells Fargo Bank, Claim 4-1 was satisfied and the Debtor has no further liability as to the claim. No further disbursements should be or need be made on this claim by the Chapter 13 Trustee, the Debtor, or any third party.

06/12/2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | DAVID RAMSEY | CASE NO: | 20-14815 |
| | | CHAPTER: | 13 |

Debtor (s)

## CERTIFICATE OF SERVICE

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 06/12/2025, I served a true and correct copy of the above notice of claim satisfaction as follows:

☒ By CM/ECF:
Michael A. Cibik
Cibik Law, P.C.

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

06/12/2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com